

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-19-2

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:19cr301 (JBA) |
| v. | VIOLATIONS: |
| JAMES COOPER, a.k.a. "Bamboo" and "Jimi" <br> MINISHA SUMLER, a.k.a. "Mish" | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846 (Conspiracy to Distribute and to Possess with Intent to Distribute Heroin and Fentanyl) |
| | 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) (Possession with Intent to Distribute and Distribution of Heroin and Fentanyl) |
| | 18 U.S.C. § 2 (Aiding and Abetting) |

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
(Conspiracy to Distribute and to Possess With Intent to Distribute Heroin and Fentanyl)

1. From in or about August 2019 to in or about November 2019, the exact dates being unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendants JAMES COOPER, a.k.a. "Bamboo" and "Jimi," and MINISHA SUMLER, a.k.a. "Mish," and others known and unknown to the Grand Jury, knowingly and intentionally conspired together and with one another to distribute, and to possess with intent to distribute, controlled substances, namely a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

2. The defendants JAMES COOPER and MINISHA SUMLER knew and reasonably should have foreseen from their own conduct that the conspiracy involved a

mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
(Possession with Intent to Distribute and Distribution of Heroin and Fentanyl)

3. On or about August 12, 2019, in the District of Connecticut, the defendant JAMES COOPER, a.k.a. "Bamboo" and "Jimi," did knowingly and intentionally possess with intent to distribute and did distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE
(Possession with Intent to Distribute and Distribution of Heroin and Fentanyl)

4. On or about August 26, 2019, in the District of Connecticut, the defendants JAMES COOPER, a.k.a. "Bamboo" and "Jimi," and MINISHA SUMLER, a.k.a. "Mish," did knowingly and intentionally possess with intent to distribute and did distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FOUR
(Possession with Intent to Distribute and Distribution of Heroin and Fentanyl)

5. On or about September 12, 2019, in the District of Connecticut, the defendant JAMES COOPER, a.k.a. "Bamboo" and "Jimi," did knowingly and intentionally possess with intent to distribute and did distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE
(Possession with Intent to Distribute and Distribution of Heroin and Fentanyl)

6. On or about September 25, 2019, in the District of Connecticut, the defendant JAMES COOPER, a.k.a. "Bamboo" and "Jimi," did knowingly and intentionally possess with intent to distribute and did distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX
(Possession with Intent to Distribute and Distribution of Heroin and Fentanyl)

7. On or about October 25, 2019, in the District of Connecticut, the defendants JAMES COOPER, a.k.a. "Bamboo" and "Jimi," and MINISHA SUMLER, a.k.a. "Mish," did knowingly and intentionally possess with intent to distribute and did distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C),

and Title 18, United States Code, Section 2.

## COUNT SEVEN
(Possession with Intent to Distribute and Distribution of Heroin and Fentanyl)

8.  On or about November 6, 2019, in the District of Connecticut, the defendants JAMES COOPER, a.k.a. "Bamboo" and "Jimi," and MINISHA SUMLER, a.k.a. "Mish," did knowingly and intentionally possess with intent to distribute and did distribute a mixture and substance containing a detectable amount of heroin, a Schedule controlled I substance, and N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT EIGHT
(Possession with Intent to Distribute Heroin)

9.  On or about November 14, 2019, in the District of Connecticut, the defendant JAMES COOPER, a.k.a. "Bamboo" and "Jimi," did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION
(Controlled Substance Offenses)

10. Upon conviction of one or more of the controlled substances offenses alleged in Counts One through Eight of this Indictment, the defendants JAMES COOPER, a.k.a. "Bamboo" and "Jimi," and MINISHA SUMLER, a.k.a. "Mish," shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or

indirectly, as a result of the violation(s) of Title 21, United States Code, Section 841, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation(s) and a sum of money equal to the total amount of proceeds obtained as a result of the offense(s).

11. If any of the above-described forfeitable property, as a result of any act or omission of the defendants named in this Indictment: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or disposed with, a third person; (c) has been placed beyond the jurisdiction of the United States District Court for the District of Connecticut; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the above-described forfeitable property.

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
─────────────
FOREPERSON

UNITED STATES OF AMERICA

LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

NATHANIEL J. GENTILE
ASSISTANT UNITED STATES ATTORNEY